**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**MARTA D. KURSHUMOVA, ESQ.**
Nevada Bar No. 14728
E-mail: mkurshumova@hkm.com
**DANA SNIEGOCKI, ESQ.**
Nevada Bar No. 11715
E-mail: dsniegocki@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 805-8340
Fax: (702) 920-8112
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN SHRAMO, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>INTELLIGENT TECHNICAL SOLUTIONS, a Nevada corporation; DOES 1-X; ROE CORPORATIONS I-X,<br><br>Defendants. | **CASE NO.: 2:20-cv-01148-APG-EJY**<br><br>**STIPULATION AND ORDER FOR SETTLEMENT CONFERENCE AND TO STAY DISCOVERY** |

This parties, Plaintiff, STEPHEN SHRAMO ("Plaintiff"), and Defendant, INTELLIGENT TECHNICAL SOLUTIONS ("Defendant"), by and through their respective attorneys of record, hereby stipulate and agree as follows:

1. The parties have agreed that a settlement conference is likely to be successful in this matter and request that the Court order the parties to attend a settlement conference at a time convenient for the Court;

2. The parties also agree that expending monies on discovery pending the outcome of the settlement conference is likely to be detrimental to the settlement process in that

expending time and attorneys fees on discovery issues is likely to reduce the potentially available funds for settlement.

      3.      In the unlikely event the settlement conference is not successful, the parties will meet and confer pursuant to FRCP 26 and will submit a discovery plan and order within ten days of the settlement conference.

Dated: August 10, 2020

HKM EMPLOYMENT ATTORNEYS LLP

By: */s/ Jenny L. Foley*
JENNY L. FOLEY, ESQ.
Nevada Bar No. 009017
MARTA D. KURSHUMOVA, ESQ.
Nevada Bar No. 14728
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Telephone: (702) 805-8340
Facsimile: (702) 920-8112
Email:  jfoley@hkm.com
Email:  mkurshumova@hkm.com
*Attorneys for Plaintiff*

Dated: August 10, 2020.

SPENCER FANE LLP

By: */s/ Linda K. Williams*
VINCENT J. AIELLO, ESQ.
Nevada Bar No. 007970
LINDA K. WILLIAMS, ESQ.
Nevada Bar No. 012135
300 South Fourth Street, Suite 950
Las Vegas, NV 89101-6207
Telephone: (702) 408-3400
Facsimile: (702) 408-3401
Email: vaiello@spencerfane.com
Email: lwilliams@spencerfane.com
*Attorneys for Defendant*

IT IS SO ORDERED.  This case is referred to the Clerk of Court for assignment to the Early Neutral Evaluation Program.

_____
UNITED STATES MAGISTRATE JUDGE

Dated:  August 11, 2020